HAWKHURST S. S. CO., Limited, v. KEYSER et al. KEYSER et al. v. HAWKHURST S. S. CO., Limited. (Circuit Court of Appeals, Fifth Circuit. May 24, 1898.) No. 653. Appeal and Cross Appeal from the District Court of the United States for the Northern District of Florida. J. P. Kirlin and John Eagan, for Hawkhurst S. S. Co. John C. Avery, for W. S. Keyser & Co. Before PARDEE and McCORMICK, Circuit Judges, and PARLANGE, District Judge.

PER CURIAM. The questions raised on this appeal and cross appeal were elaborately considered by the district judge. His written opinion is found in the transcript, as well as reported in 84 Fed. 693; and, as we concur in the conclusions reached by him, the decree appealed from is affirmed.

In re HIRSCH.

(Circuit Court of Appeals, Second Circuit. March 2, 1898.)

No. 68.

HABEAS CORPUS—WHEN GRANTED.

Appeal from the Circuit Court of the United States for the District of Connecticut.

This was a petition for a writ of habeas corpus by Heyman J. Hirsch, deputy internal revenue collector, who was committed by a state court of Connecticut for a refusal to produce to such court, in obedience to a subpoena duces tecum, an original application or return of a special taxpayer, to be used as evidence on the prosecution of such taxpayer for selling liquor in violation of the state laws. The writ was discharged by the circuit court on the hearing (74 Fed. 928), and the petitioner appeals.

Charles W. Comstock, U. S. Atty., for appellant. John L. Hunter, for appellee.

Before WALLACE and LACOMBE, Circuit Judges.

PER CURIAM. We concur in the opinion of the circuit judge dismissing the writ of habeas corpus, and therefore affirm the order appealed from. We do not, however, intend to decide that the writ of habeas corpus is the proper remedy to secure a review of the judgment of the state court in punishing a witness for disobedience of its process of subpoena ad testificandum. See Ex parte Parks, 93 U. S. 18; In re Wood, 140 U. S. 278, 11 Sup. Ct. 738; In re Frederich, 149 U. S. 70, 13 Sup. Ct. 793; In re Tyler, 149 U. S. 180, 13 Sup. Ct. 785; Ex parte Crouch, 112 U. S. 178, 5 Sup. Ct. 96.

HOEFFNER v. UNITED STATES. (Circuit Court of Appeals, Eighth Circuit. May 9, 1898.) No. 986. In Error to the District Court of the United States for the Eastern District of Missouri. Thomas B. Harvey, for plaintiff in error. Edward A. Rozier, U. S. Atty., and Walter D. Coles, Asst. U. S. Atty., for defendant in error. Before SANBORN and THAYER, Circuit Judges, and SHIRAS, District Judge.

SHIRAS, District Judge. This case presents the same questions that have been passed upon in case No. 985, just decided (Hoeffner v. U. S., 87 Fed. 185); and, following the conclusions therein reached, the judgment in the trial court is affirmed.